# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF PENNSYLVANIA

| DUANE LEE HAHN, | CASE NO. 3:13-cv-2493-GBC |
|---|---|
| Plaintiff, | |
| v. | (MAGISTRATE JUDGE COHN) |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | ORDER DENYING PLAINTIFF'S APPEAL, AFFIRMING THE DECISION OF THE COMMISSIONER, AND CLOSING THE CASE |
| Defendant. | Docs. 1, 10, 11, 16, 19, 20, 23, 24, 25, 26, 27 |

In accordance with the accompanying memorandum, **IT IS HEREBY**

**ORDERED THAT:**

1. This appeal is DENIED, as the ALJ's decision is supported by substantial evidence;

2. The Clerk of Court shall enter judgment in favor of the Commissioner and against Plaintiff as set forth in the following paragraph;

3. The decision of the Commissioner of Social Security denying Duane Lee Hahn disability insurance benefits is affirmed; and

///

4.      The Clerk of Court shall close this case.

Dated: May 19, 2015                                                 s/Gerald B. Cohn
                                                                           GERALD B. COHN
                                                   UNITED STATES MAGISTRATE JUDGE